USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

            -v.-                  :      08 Cr.

ROBERT MINES,                     :

            Defendant.            :

- - - - - - - - - - - - - - - - - x

**08 CRIM 216**

INDICTMENT

JUDGE PRESKA

## COUNT ONE

The Grand Jury charges:

On or about January 11, 2008, in the Southern District of New York, ROBERT MINES, the defendant, unlawfully, wilfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about September 27, 2002, in New York Supreme Court, New York County, for Criminal Sale of a Controlled Substance in the Fifth Degree, in violation of New York Penal Law 220.31, a Class D felony, did possess in and affecting commerce, a firearm, to wit, a .40 caliber Glock handgun, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERT MINES,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.