

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2008

**BY HAND**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Ste. 1320
New York, New York 10007

    Re: <u>United States v. Robert Mines</u>,
      08 CR 216 (LAP)

Dear Judge Preska:

  The Government writes in connection with the hearing on the defendant's motion to suppress, which is scheduled for May 30, 2008. The Government has subpoenaed Julia Craig, who provided the defendant with a declaration in support of the defendant's motion, to testify at the hearing. Because Ms. Craig's prior testimony and her prior statements to law enforcement officers are inconsistent with the statements in her declaration, the Government believes that Ms. Craig should have the opportunity to have counsel appointed to represent her in connection with the hearing.

  To avoid any appearance of impropriety, the Government requests either (1) that the Court advise Ms. Craig of her right to have counsel appointed to represent her in connection with the hearing or (2) that the Court authorize the Government to advise Ms. Craig of her right to have counsel appointed to represent her in connection with the hearing. The Government requests that the

Hon. Loretta A. Preska
May 22, 2008
Page 2

Court schedule a brief conference in advance of the hearing to consider this matter.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York

By: *Rebecca Rohr*
        Rebecca A. Rohr
        Assistant U.S. Attorney
        (212) 637-2531

cc (by hand): Jennifer Brown, Esq., Attorney for Defendant

*[Handwritten:]* Counsel and Ms. Craig shall appear to address the above on May 28, 2008 at 2:00 p.m.

*May 22, 2008*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE