# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

June 3, 2008

**BY FAX (212) 805-7941**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

Re: **United States v. Robert Mines**
    **08 Cr. 216 (LAP)**

Dear Judge Preska:

I write, in the above captioned case, to request a modification of Mr. Mines' bail conditions. Mr. Mines' bail conditions had originally been set as follows: a $100,000 personal recognizance bond, cosigned by two financially responsible persons with strict pretrial services and drug testing and treatment. Mr. Mines was also subject to home detention and electronic monitoring.

At this time, I ask that the bail conditions be modified from "home detention with electronic monitoring" to "curfew with electronic monitoring, with hours to be determined by pretrial services." I have spoken with Pre-trial Services Officer Franco Furelli, and AUSA Rebecca Rohr, and they both consent to this modification.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 3, 2008

Respectfully submitted,

*/s/ Jennifer Brown*

**JENNIFER L. BROWN**
Assistant Federal Defender

cc: Rebecca Rohr, Esq.
    Assistant United States Attorney
    Southern District of New York

    Franco Furelli
    Pretrial Services Officer