# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

July 3, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

**BY FAX:** (212) 805-7941

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: **United States v. Robert Mines**
    **08 Cr. 216 (LAP)**

Dear Judge Preska:

I write, in the above captioned case, to request a temporary modification of Mr. Mines' bail conditions. Mr. Mines' bail conditions are currently as follows: a $100,000 personal recognizance bond, cosigned by two financially responsible persons with strict pretrial services and drug testing and treatment. Mr. Mines is also subject to curfew with electronic monitoring.

Mr. Mines would like to extend his curfew on the night of Friday, July 4, 2008, until midnight, to attend a family gathering. I have spoken with Pre-trial Services Officer Leo Barrios, and AUSA Rebecca Rohr, and they both consent to this modification.

Respectfully submitted,

JENNIFER L. BROWN
Assistant Federal Defender
(212) 417-8722

SO ORDERED:

July 3, 2008

*Loretta a Preska*
HONORABLE LORETTA A. PRESKA
United States District Judge

cc: AUSA Rebecca Rohr
    Pretrial Services Officer Leo Barrios

TOTAL P.002